**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02266-CMA-CBS

CANDICE BELL,

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE,

    Defendant.

---

**ORDER FOR VOLUNTARY DISMISSAL OF CASE**

---

    This civil action comes before the court on Plaintiff Candice Bell's letter (Doc. # 8), filed November 17, 2011, indicating that after considering the advice of an attorney, she wishes to dismiss this civil action.  The Court has reviewed Plaintiff's letter, the case file, and the applicable law and is sufficiently advised in the premises.

    Plaintiff's letter may properly be construed as a notice to voluntarily dismiss this civil action.  Fed. R. Civ. P. 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  "Unless the notice or stipulation states otherwise, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B).  Here, no proof of service of the summons and Title VII Complaint on the Defendant has been filed with the Court.  Defendant has not appeared in the case or filed an answer or a motion for summary judgment.  A voluntary dismissal pursuant to Rule 41(a)(1) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968) ("Rule 41(a)(1) provides for a dismissal without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer.") (internal quotation marks and citation omitted).  The notice closes the file.  *See id.  See also Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) ("The filing of a notice of dismissal pursuant to Rule 41(a)(1)(i) does not require an order of the court.") (citation omitted); *Marex Titanic, Inc. v. The Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993) (stating voluntary dismissal is "self-executing, *i.e.*, it is effective at the moment the notice is filed with the clerk and no judicial approval is required").

Accordingly, IT IS ORDERED that Plaintiff's letter (Doc. # 8), filed November 17, 2011, indicating that after considering the advice of an attorney, she wishes to dismiss this civil action, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this civil action is hereby voluntarily DISMISSED WITHOUT PREJUDICE.

DATED:  November   21  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge